# EXHIBIT

# "1"

## ALABAMA SJIS CASE DETAIL


alacourt.com

County: **57**    Case Number: **CV-2017-900199.00**    Court Action:
Style: **ALLEN FRED PRUITT V. LANGER TRANSPORT CORP ET AL**

[Real Time]

### Case

#### Case Information

| | | | | | |
|---|---|---|---|---|---|
| County: | **57-RUSSELL** | Case Number: | **CV-2017-900199.00** | Judge: | **ADJ:A DAVID JOHNSON** |
| Style: | **ALLEN FRED PRUITT V. LANGER TRANSPORT CORP ET AL** | | | | |
| Filed: | **07/21/2017** | Case Status: | **ACTIVE** | Case Type: | **NEGLIGENCE MOTOR VEH** |
| Trial Type: | **JURY** | Track: | | Appellate Case: | **0** |
| No of Plaintiffs: | **1** | No of Defendants: | **2** | | |

#### Damages

| | | | | | |
|---|---|---|---|---|---|
| Damage Amt: | 0.00 | Punitive Damages: | 0.00 | General Damages: | 0.00 |
| No Damages: | | Compensatory Damages: | 0.00 | | |
| Pay To: | | Payment Frequency: | | Cost Paid By: | |

#### Court Action

| | | | |
|---|---|---|---|
| Court Action Code: | | Court Action Desc: | Court Action Date: |
| Num of Trial days: | 0 | Num of Liens: 0 | Judgment For: |
| Disposition Date of Appeal: | | Disposition Judge: | Disposition Type: |
| Revised Judgement Date: | | Minstral: | Appeal Date: |
| Date Trial Began but No Verdict (TBNV1): | | | |
| Date Trial Began but No Verdict (TBNV2): | | | |

#### Comments

Comment 1:
Comment 2:

#### Appeal Information

| | | |
|---|---|---|
| Appeal Date: | Appeal Case Number: | Appeal Court: |
| Appeal Status: | Orgin Of Appeal: | |
| Appeal To: | Appeal To Desc: | LowerCourt Appeal Date: |
| Disposition Date Of Appeal: | | Disposition Type Of Appeal: |

#### Administrative Information

| | | |
|---|---|---|
| Transfer to Admin Doc Date: | Transfer Reason: | Transfer Desc: |
| Number of Subponeas: | Last Update: 07/24/2017 | Updated By: JBS |

### Parties

#### Party 1 - Plaintiff INDIVIDUAL - PRUITT ALLEN FRED

##### Party Information

| | | | | | | |
|---|---|---|---|---|---|---|
| Party: | C001-Plaintiff | Name: | **PRUITT ALLEN FRED** | | Type: | I-INDIVIDUAL |
| Index: | D ARIOSA DANY | Alt Name: | | Hardship: No | JID: | ADJ |
| Address 1: | 1906 SUMMERVILLE RD | | | Phone: (334) 298-4994 | | |

| | | | | | |
|---|---|---|---|---|---|
| Address 2: | | | | | |
| City: | PHENIX CITY | State: | AL | Zip: | 36868-0000 Country: US |
| SSN: | XXX-XX-X999 | DOB: | | Sex: | M    Race: |

## Court Action

| | | |
|---|---|---|
| Court Action: | | Court Action Date: |
| Amount of Judgement: $0.00 | Court Action For: | Exemptions: |
| Cost Against Party: $0.00 | Other Cost: $0.00 | Date Satisfied: |
| Comment: | | Arrest Date: |
| Warrant Action Date: | Warrant Action Status: | Status Description: |

## Service Information

| | | | |
|---|---|---|---|
| Issued: | Issued Type: | Reissue: | Reissue Type: |
| Return: | Return Type: | Return: | Return Type: |
| Served: | Service Type | Service On: | Served By: |
| Answer: | Answer Type: | Notice of No Service: | Notice of No Answer: |

## Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | CRO094 | | CROSS RICHARD LADONNE JR. | CROSS.LEGAL@GMAIL.COM | (334) 298-4994 |

## Party 2 - Defendant BUSINESS - LANGER TRANSPORT CORP

### Party Information

| | | | | | |
|---|---|---|---|---|---|
| Party: | D001-Defendant | Name: | LANGER TRANSPORT CORP | | Type: B-BUSINESS |
| Index: | C PRUITT ALLEN | Alt Name: | | Hardship: No | JID: ADJ |
| Address 1: | 420 NJ-440 | | | Phone: (334) 000-0000 | |
| Address 2: | | | | | |
| City: | JERSEY CITY | State: | NJ | Zip: | 07305-0000 Country: US |
| SSN: | XXX-XX-X999 | DOB: | | Sex: | M    Race: |

## Court Action

| | | |
|---|---|---|
| Court Action: | | Court Action Date: |
| Amount of Judgement: $0.00 | Court Action For: | Exemptions: |
| Cost Against Party: $0.00 | Other Cost: $0.00 | Date Satisfied: |
| Comment: | | Arrest Date: |
| Warrant Action Date: | Warrant Action Status: | Status Description: |

## Service Information

| | | | |
|---|---|---|---|
| Issued: 07/21/2017 | Issued Type: C-CERTIFIED MAIL | Reissue: | Reissue Type: |
| Return: | Return Type: | Return: | Return Type: |
| Served: 07/31/2017 | Service Type A-AUTHORIZED SERVICE | Service On: | Served By: |
| Answer: | Answer Type: | Notice of No Service: | Notice of No Answer: |



## Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|--------|---------------|-----------------|------|-------|-------|
| Attorney 1 | 000000 | | PRO SE | | |

### Party 3 - Defendant INDIVIDUAL - ARIOSA,DANY ALEJANDRO FANEGO

#### Party Information

| | | | | | |
|---|---|---|---|---|---|
| Party: | D002-Defendant | Name: | ARIOSA DANY ALEJANDRO FANEGO | Type: | I-INDIVIDUAL |
| Index: | C PRUITT ALLEN | Alt Name: | | Hardship: No | JID: ADJ |
| Address 1: | ▓▓▓▓▓▓ | | | Phone: (334) 000-0000 | |
| Address 2: | | | | | |
| City: | HOUSTON | State: | TX | Zip: ▓▓▓▓ | Country: US |
| SSN: | XXX-XX-X999 | DOB: | | Sex: M | Race: |

#### Court Action

| | | | | | |
|---|---|---|---|---|---|
| Court Action: | | | | Court Action Date: | |
| Amount of Judgement: | $0.00 | Court Action For: | | Exemptions: | |
| Cost Against Party: | $0.00 | Other Cost: | $0.00 | Date Satisfied: | |
| Comment: | | | | Arrest Date: | |
| Warrant Action Date: | | Warrant Action Status: | | Status Description: | |

#### Service Information

| | | | | |
|---|---|---|---|---|
| Issued: 07/21/2017 | Issued Type: C-CERTIFIED MAIL | Reissue: | Reissue Type: | |
| Return: | Return Type: | Return: | Return Type: | |
| Served: | Service Type: | Service On: | Served By: | |
| Answer: | Answer Type: | Notice of No Service: | Notice of No Answer: | |

#### Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|--------|---------------|-----------------|------|-------|-------|
| Attorney 1 | 000000 | | PRO SE | | |

### Financial

#### Fee Sheet

| Fee Status | Admin Fee | Fee Code | Payor | Payee | Amount Due | Amount Paid | Balance | Amount Hold | Garnish Party |
|------------|-----------|----------|-------|-------|-----------|-------------|---------|-------------|---------------|
| ACTIVE | N | AOCC | C001 | 000 | $13.96 | $13.96 | $0.00 | $0.00 | 0 |
| ACTIVE | N | CONV | C001 | 000 | $19.77 | $19.77 | $0.00 | $0.00 | 0 |
| ACTIVE | N | CV06 | C001 | 000 | $334.00 | $334.00 | $0.00 | $0.00 | 0 |
| ACTIVE | N | JDMD | C001 | 000 | $100.00 | $100.00 | $0.00 | $0.00 | 0 |
| ACTIVE | N | VADM | C001 | 000 | $45.00 | $45.00 | $0.00 | $0.00 | 0 |
| | | | | Total: | $512.73 | $512.73 | $0.00 | $0.00 | |

#### Financial History

| Transaction Date | Description | Disbursement Accoun | Transaction Batch | Receipt Number | Amount | From Party | To Party | Money Type | Admin Fee | Reason | Attorney | Operator |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/24/2017 | CREDIT | CONV | 2017232 | 1887720 | $19.77 | C001 | 000 | | N | | | JBS |
| 07/24/2017 | RECEIPT | AOCC | 2017232 | 1887710 | $13.96 | C001 | 000 | | N | | | JBS |
| 07/24/2017 | RECEIPT | CV05 | 2017232 | 1887730 | $334.00 | C001 | 000 | | N | | | JBS |
| 07/24/2017 | RECEIPT | JDMD | 2017232 | 1887740 | $100.00 | C001 | 000 | | N | | | JBS |
| 07/24/2017 | RECEIPT | VADM | 2017232 | 1887750 | $45.00 | C001 | 000 | | N | | | JBS |

## Case Action Summary

| Date: | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 7/21/2017 | 11:57 AM | ECOMP | COMPLAINT E-FILED. | CRO094 |
| 7/21/2017 | 11:58 AM | FILE | FILED THIS DATE: 07/21/2017        (AV01) | AJA |
| 7/21/2017 | 11:58 AM | EORD | E-ORDER FLAG SET TO "Y"        (AV01) | AJA |
| 7/21/2017 | 11:58 AM | ASSJ | ASSIGNED TO JUDGE: A DAVID JOHNSON        (AV01) | AJA |
| 7/21/2017 | 11:58 AM | SCAN | CASE SCANNED STATUS SET TO: N        (AV01) | AJA |
| 7/21/2017 | 11:58 AM | TDMJ | JURY TRIAL REQUESTED        (AV01) | AJA |
| 7/21/2017 | 11:58 AM | STAT | CASE ASSIGNED STATUS OF: ACTIVE        (AV01) | AJA |
| 7/21/2017 | 11:58 AM | ORIG | ORIGIN: INITIAL FILING        (AV01) | AJA |
| 7/21/2017 | 11:58 AM | C001 | C001 PARTY ADDED: PRUITT ALLEN F        (AV02) | AJA |
| 7/21/2017 | 11:58 AM | C001 | LISTED AS ATTORNEY FOR C001: CROSS RICHARD LADONN | AJA |
| 7/21/2017 | 11:58 AM | C001 | INDIGENT FLAG SET TO: N        (AV02) | AJA |
| 7/21/2017 | 11:58 AM | C001 | C001 E-ORDER FLAG SET TO "Y"        (AV02) | AJA |
| 7/21/2017 | 11:58 AM | D001 | D001 PARTY ADDED: ARIOSA DANY A        (AV02) | AJA |
| 7/21/2017 | 11:58 AM | D001 | CERTIFIED MAI ISSUED: 07/21/2017 TO D001        (AV02) | AJA |
| 7/21/2017 | 11:58 AM | D001 | LISTED AS ATTORNEY FOR D001: PRO SE        (AV02) | AJA |
| 7/21/2017 | 11:58 AM | D001 | INDIGENT FLAG SET TO: N        (AV02) | AJA |
| 7/21/2017 | 11:58 AM | D001 | D001 E-ORDER FLAG SET TO "Y"        (AV02) | AJA |
| 7/21/2017 | 11:58 AM | D002 | D002 PARTY ADDED: LANGER TRANSPORT CORP.        (AV02) | AJA |
| 7/21/2017 | 11:58 AM | D002 | INDIGENT FLAG SET TO: N        (AV02) | AJA |
| 7/21/2017 | 11:58 AM | D002 | LISTED AS ATTORNEY FOR D002: PRO SE        (AV02) | AJA |
| 7/21/2017 | 11:58 AM | D002 | D002 E-ORDER FLAG SET TO "Y"        (AV02) | AJA |
| 7/21/2017 | 11:58 AM | D002 | CERTIFIED MAI ISSUED: 07/21/2017 TO D002 | AJA |
| 7/24/2017 | 7:57 AM | SCAN | CASE SCANNED STATUS SET TO: Y        (AV01) | JBS |
| 7/24/2017 | 7:57 AM | STYL | ALLEN F PRUITT V. DANY A ARIOSA ET AL | JBS |
| 7/24/2017 | 7:58 AM | C001 | C001 NAME CHANGED FROM: PRUITT ALLEN F        (AV02) | JBS |
| 7/24/2017 | 7:58 AM | C001 | C001 ADDR1 CHANGED FROM: 1906 SUMMERVILLE RD. | JBS |
| 7/24/2017 | 8:00 AM | D002 | D002 NAME CHANGED FROM: ARIOSA DANY A        (AV02) | JBS |
| 7/24/2017 | 8:00 AM | D002 | D002 ADDR1 CHANGED FROM: 13102 FALLSVIEW LANE 4817 | JBS |
| 7/24/2017 | 8:00 AM | D001 | D001 NAME CHANGED FROM: ARIOSA DANY A        (AV02) | JBS |
| 7/24/2017 | 8:00 AM | D001 | D001 ADDR1 CHANGED FROM: 13102 FALLSVIEW LANE 4817 | JBS |
| 7/24/2017 | 8:00 AM | D001 | D001 ADDR CITY CHANGED FROM: HOUSTON        (AV02) | JBS |
| 7/24/2017 | 8:00 AM | D001 | D001 ADDR STATE CHANGED FROM: TX        (AV02) | JBS |
| 7/25/2017 | 9:24 AM | ESCAN | SCAN - FILED 7/25/2017 - CERTIFIED MAIL | JBS |
| 7/25/2017 | 9:24 AM | ESCAN | SCAN - FILED 7/25/2017 - CERTIFIED MAIL | JBS |
| 8/3/2017 | 2:49 PM | ESERC | SERVICE RETURN | JBS |
| 8/3/2017 | 2:49 PM | D001 | SERVICE OF AUTHORIZED ON 07/31/2017 FOR D001(AV02) | JBS |

*END OF THE REPORT*

ELECTRONICALLY FILED
7/21/2017 11:57 AM
57-CV-2017-900199.00
CIRCUIT COURT OF
RUSSELL COUNTY, ALABAMA
KATHY COULTER, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev.5/99 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Ca□<br>57□<br><br>Date of Filing:<br>07/21/2017 | Judge Code: |
|---|---|---|---|

## GENERAL INFORMATION

### IN THE CIRCUIT COURT OF RUSSELL COUNTY, ALABAMA
### ALLEN F PRUITT v. DANY A ARIOSA ET AL

**First Plaintiff:** ☐ Business  ☑ Individual    **First Defendant:** ☐ Business  ☑ Individual
☐ Government  ☐ Other          ☐ Government  ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☑ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other:_____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Service

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/ Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/ Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:**  F ☑ **INITIAL FILING**       A ☐ **APPEAL FROM DISTRICT COURT**       O ☐ **OTHER**

   R ☐ **REMANDED**       T ☐ **TRANSFERRED FROM OTHER CIRCUIT COURT**

| **HAS JURY TRIAL BEEN DEMANDED?**  ☑ YES  ☐ NO | **Note:** Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure) |
|---|---|

**RELIEF REQUESTED:**  ☑ MONETARY AWARD REQUESTED  ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**
  CRO094       7/21/2017 11:57:44 AM              /s/ RICHARD LADONNE CROSS JR.
              Date                    Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:**       ☐ YES  ☑ NO  ☐ UNDECIDED

ELECTRONICALLY FILED
7/21/2017 11:57 AM
57-CV-2017-900199.00
CIRCUIT COURT OF
RUSSELL COUNTY, ALABAMA
KATHY COULTER, CLERK

## IN THE CURCIT COURT OF RUSSELL COUNTY,
## STATE OF ALABAMA

**ALLEN FRED PRUITT**
     **Plaintiffs,**

**Vs.**

**LANGER TRANSPORT CORP. and**
**DANY ALEJANDRO FANEGO ARIOSA**
     **Defendants,**

**CIVIL ACTION NO.:** _____

## COMPLAINT

NOW COMES Allen Fred Pruitt, Plaintiff, by and through the undersigned Counsel, and files this, his Complaint, against Langer Transport Corp. and Dany Alejandro Fanego Ariosa, "Defendants", and shows onto the Court as follows:

1.

Defendant Langer Transport Corp. (hereafter individually " Defendant Langer Transport Corp."), is subject to the jurisdiction of this Court under Alabama Law in that the cause of action stated herein occurred in Russell County, Alabama. Defendant Langer Transport Corp. actions/negligence (individually and/or via agent) within the bounds of Russell County, Alabama gave rise to this current action. Defendant Langer Transport Corp., is a Corporation registered with the New Jersey Secretary of State. Jurisdiction and venue are proper in this Court.

2.

Defendant Dany Alejandro Fanego Ariosa (hereafter individually "Defendant Ariosa"), is subject to the jurisdiction of this Court under Alabama Law in that the cause of action stated herein occurred in Russell County, Alabama. Defendant Ariosa's actions/negligence within the

bounds of Russell County, Alabama gave rise to this current action. Defendant Dany Alejandro Fanego Ariosa is resident of Texas. Jurisdiction and venue are proper in this Court.

3.

Defendant Langer Transport Corp., is a Foreign Corporation in New Jersey. The registered Agent is Langer Transport Corp, 420 NJ-440, Jersey City, NJ 07305 and can be served with process at that address.

4.

Defendant Ariosa, resides at ███████████████ Houston, Texas ████ and can be served with process at that address.

5.

Defendants are all jointly and severally liable based on their direct actions (or actions of their agents).

6.

Defendant Ariosa was at all times hereto operating the 2009 FRHT Cascadia. Owned by Defendant Langer Transport Corp. with their express permission and serving as agent of Defendant Langer Transport Corp. Based on information and belief, Defendant Ariosa was within the scope of his agency at all times pertinent hereto.

7.

On or about July 24, 2015, Allen Pruitt was driving a 2004 Ford Econoline. Defendant Ariosa was driving the 2009 FRHT Cascadia owned by Defendant Langer Transport Corp.

Defendants negligently and carelessly collided with Plaintiff's automobile causing Plaintiff injury.

8.

Specifically, Plaintiff Allen Fred Pruitt was traveling eastbound on Phenix Drive in Russell County in Phenix City, Alabama. Defendant Ariosa was traveling southbound on U.S. Highway 280/431. Defendant Ariosa approached the intersection and ran the red light, colliding with the driver side door of Plaintiff's vehicle as he was legally crossing the intersection. The collision caused Plaintiff Allen Fred Pruitt's vehicle to spin into another vehicle, metal railing, and metal pole. Defendant Ariosa was deemed the at fault driver.

9.

There is no bona fide controversy as to liability or damages in this action.

10.

Due to the Defendants' negligence, Plaintiff Allen Fred Pruitt suffered multiple severe injuries. To date Plaintiff Allen Fred Pruitt remains in severe pain.

11.

Plaintiff is entitled to recover all reasonable, actual, customary, special, punitive, general, and normal damages arising from Defendants' negligence.

12.

Plaintiff has lost substantial income as a result of the actions of the Defendants.

## COUNT ONE: NEGLIGENCE OF DEFENDANT LANGER TRANSPORT CORP.

## AND ARIOSA

13.

Plaintiff adopts and incorporates Paragraphs 1-9 as though fully set forth herein.

14.

Defendants owed a duty of reasonable care, etc. to all others operating on the streets near Defendants.

15.

Defendants breached the duty owed to Plaintiff.

16.

As a result of Defendants' breach, Plaintiff was injured.

17.

Defendants actions were the actual and proximate cause of Plaintiff's injuries.

18.

Based on the operative facts alleged and facts to be discovered and/or proved at trial, the negligence of DEFENDAT Langer Transport Corp. is they are the owner of the 2009 FRHT Cascadia, DEFENDANT Ariosa is a failure to exercise the standard of care imposed by statute

and is negligence *per se*, that is, negligence as a matter of law, as well as negligence as a matter of fact.

WHEREFORE Plaintiffs pray as follows:

    a)    That summons be issued and that defendant be served in accordance with Alabama law;

    b)    That Plaintiffs Allen Fred Pruitt have and recover all general, compensatory, special. and punitive damages proximately resulting from the wreck;

    c)    That cost be taxed to Defendants;

    d)    Demand trial by jury; and

    e)    For such other relief as is just and equitable, the premises considered.

On this 21 day of July, 2017

Respectfully submitted,

/s/ Richard L. Cross, Jr.
RICHARD L. CROSS, JR.
State Bar (106370)
Cross Law Firm, LLC
1906 Summerville Road
P.O. Box 3873
Phenix City, Alabama 36868
Ph: (334) 298-4994
Fax: (334) 298-4954
E-mail: cross.legal@gmail.com

PLAINTIFFS DEMAND TRIAL BY STRUCK JURY.

/s/ Richard L. Cross, Jr.
Richard L. Cross, Jr.
State Bar (106370)
Attorney for Plaintiff

IN THE CURCIT COURT OF RUSSELL COUNTY,
STATE OF ALABAMA

ALLEN FRED PRUITT                          *
    Plaintiff,                          *
                                        *
                                        *          CIVIL ACTION NO.: _____
Vs.                                        *
                                        *
LANGER TRANSPORT CORP. and                 *
DANY ALEJANDRO FANEGO ARIOSA               *
    Defendants,                         *

## VERIFICATION

    Personally appeared before me, the undersigned attesting officer, duly authorized to administer oaths, Allen Fred Pruitt, who states that the within and foregoing Complaint are true and correct to the best of her knowledge and belief.

    This the 21 day of ___July___, 2017.

_Allen Fred Pruitt_
Allen Fred Pruitt

GEORGIA, MUSCOGEE COUNTY

    I, the undersigned authority in and for said County in said State, hereby certify that, **Allen Fred Pruitt** whose name is signed to the foregoing Verification, and who is known to me, acknowledged before me on this day that, being informed of the contents of the said document, he executed the same voluntarily, before the witnesses whose names appear above, on the day the same bears date.

    Given under my hand this __21__ day of __July__, 2017.

_____
Notary Public

MONIKE L. TITUS
Notary Public, Georgia
Muscogee County
My Commission Expires
April 24, 2021



**AlaFile E-Notice**

57-CV-2017-900199.00

To: RICHARD LADONNE CROSS JR.
cross.legal@gmail.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF RUSSELL COUNTY, ALABAMA

ALLEN F PRUITT V. DANY A ARIOSA ET AL
57-CV-2017-900199.00

The following complaint was FILED on 7/21/2017 11:58:08 AM

Notice Date:      7/21/2017 11:58:08 AM

KATHY COULTER
CIRCUIT COURT CLERK
RUSSELL COUNTY, ALABAMA
RUSSELL COUNTY JUDICIAL CENTER
501 14TH STREET
PHENIX CITY, AL, 36868

334-298-0516



**AlaFile E-Notice**

57-CV-2017-900199.00

To:  DANY A ARIOSA

HOUSTON, TX,

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF RUSSELL COUNTY, ALABAMA

ALLEN F PRUITT V. DANY A ARIOSA ET AL
57-CV-2017-900199.00

The following complaint was FILED on 7/21/2017 11:58:08 AM

Notice Date:     7/21/2017 11:58:08 AM

KATHY COULTER
CIRCUIT COURT CLERK
RUSSELL COUNTY, ALABAMA
RUSSELL COUNTY JUDICIAL CENTER
501 14TH STREET
PHENIX CITY, AL, 36868

334-298-0516



**AlaFile E-Notice**

57-CV-2017-900199.00

To:  LANGER TRANSPORT CORP.
420 NJ-440
JERSEY CITY, NJ, 07305

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF RUSSELL COUNTY, ALABAMA

ALLEN F PRUITT V. DANY A ARIOSA ET AL
57-CV-2017-900199.00

The following complaint was FILED on 7/21/2017 11:58:08 AM

Notice Date:      7/21/2017 11:58:08 AM

KATHY COULTER
CIRCUIT COURT CLERK
RUSSELL COUNTY, ALABAMA
RUSSELL COUNTY JUDICIAL CENTER
501 14TH STREET
PHENIX CITY, AL, 36868

334-298-0516

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>57-CV-2017-900199.00 |
| --- | --- | --- |

### IN THE CIRCUIT COURT OF RUSSELL COUNTY, ALABAMA
### ALLEN F PRUITT V. DANY A ARIOSA ET AL

**NOTICE TO:** DANY A ARIOSA, ▮▮▮▮▮▮▮▮▮▮▮▮▮, HOUSTON, TX▮▮▮▮
*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), RICHARD LADONNE CROSS JR.
*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 1906 SUMMERVILLE ROAD, PHENIXCITY, AL 36867
*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of ALLEN F PRUITT pursuant to the Alabama Rules of the Civil Procedure.
*[Name(s)]*

| 7/21/2017 11:58:08 AM | /s/ KATHY COULTER | By: |
| --- | --- | --- |
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.    /s/ RICHARD LADONNE CROSS JR.
*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____
*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,
*(Name of Person Served)*     *(Name of County)*

Alabama on _____ .
*(Date)*

_____
*(Address of Server)*

_____
*(Type of Process Server)*    _____
*(Server's Signature)*

_____
*(Server's Printed Name)*    _____
*(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>57-CV-2017-900199.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF RUSSELL COUNTY, ALABAMA
### ALLEN F PRUITT V. DANY A ARIOSA ET AL

**NOTICE TO:** LANGER TRANSPORT CORP., 420 NJ-440, JERSEY CITY, NJ 07305

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), RICHARD LADONNE CROSS JR.

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 1906 SUMMERVILLE ROAD, PHENIXCITY, AL 36867

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of ALLEN F PRUITT

pursuant to the Alabama Rules of the Civil Procedure.            *[Name(s)]*

| 7/21/2017 11:58:08 AM | /s/ KATHY COULTER | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.          /s/ RICHARD LADONNE CROSS JR.

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*            *(Name of County)*

Alabama on _____

*(Date)*

_____          _____          _____

*(Type of Process Server)*          *(Server's Signature)*          *(Address of Server)*

_____          _____

*(Server's Printed Name)*          *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>57-CV-2017-900199.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF RUSSELL COUNTY, ALABAMA
### ALLEN F PRUITT V. DANY A ARIOSA ET AL

**NOTICE TO:** LANGER TRANSPORT CORP., 420 NJ-440, JERSEY CITY, NJ 07305

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), RICHARD LADONNE CROSS JR.

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 1906 SUMMERVILLE ROAD, PHENIXCITY, AL 36867

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of ALLEN F PRUITT

pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

7/21/2017 11:58:08 A            /s/ KATHY COULTER            By: _____
*(Date)*                                                          *(Name)*

☑ Certified Mail is hereby n

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $ _____
☐ Return Receipt (electronic)      $ _____     Postmark
☐ Certified Mail Restricted Delivery $ _____    Here
☐ Adult Signature Required         $ _____
☐ Adult Signature Restricted Delivery $ _____
Postage
$
Total Postage and Fees
$

CU-17-5-144  DI

LANGER TRANSPORT CORP
420 NJ-440
JERSEY CITY, NJ 07305

See Reverse for Instructions

☐ Return receipt of certifie

☐ I certify that I personally (            ument to _____
                                                County,

*(Name of Per*
Alabama on _____

*(Type of Process Server)*

7017 0530 0000 1474 5477

*(Server)*

nber of Server)

**57-CV-2017-900199.00**
ALLEN F PRUITT V. DANY A ARIOSA ET AL

1

C001 - ALLEN F PRUITT            v.            D002 - LANGER TRANSPORT CORP.
*(Plaintiff)*                                        *(Defendant)*

### SERVICE RETURN COPY

Circuit Court 00017

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>57-CV-2017-900199.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF RUSSELL COUNTY, ALABAMA
### ALLEN F PRUITT V. DANY A ARIOSA ET AL

**NOTICE TO:** DANY A ARIOSA, ▇▇▇▇▇▇▇▇▇▇▇▇ HOUSTON, TX ▇▇▇▇▇

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), RICHARD LADONNE CROSS JR.

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 1906 SUMMERVILLE ROAD, PHENIXCITY, AL 36867

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of ALLEN F PRUITT pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

7/21/2017 11:58:08 AM                       /s/ KATHY COULTER

*(Date)*                                                        *(Name)*

☑ Certified Mail is hereby requested

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

*For delivery information, visit our website at www.usps.com®*

OFFICIAL USE

7017 0530 0000 3474 6467

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

CV-17-9-159  D2

ARIOSA DANY ALEJANDRO FANEGO

HOUSTON, TX ▇▇▇▇

*PS Form 3800 April 2015 PSN 7530-02-000-9047*      *See Reverse for Instructions*

---

☐ Return receipt of certified m[ail]

☐ I certify that I personally del[ivered]

*(Name of Person)*

Alabama on

*(Da[te])*

*(Type of Process Server)*

**57-CV-2017-900199.00**
ALLEN F PRUITT V. DANY A ARIOSA ET AL

| C001 - ALLEN F PRUITT | v. | D002 - DANY A ARIOSA |
|---|---|---|
| *(Plaintiff)* | | *(Defendant)* |

### SERVICE RETURN COPY



SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

LANGER TRANSPORT CORP
420 NJ-440
JERSEY CITY, NJ 07305

9590 9402 2433 6249 0710 36

2. Article Number (Transfer from service label)
7017 0530 0000 1474 6470

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt



USPS TRACKING#

9590 9402 2803 6249 0710 36

United States
Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

FILED IN OPEN COURT
2017 AUG -3 PM 1:
CIRCUIT/DIST. COURT
RUSSELL CO. AL

Sender: Please print your name, address, and ZIP+4® in this box•

KATHY COULTER
CLERK OF CIRCUIT COURT
501 14th STREET
PHENIX CITY, AL 36867
298-0516



**AlaFile E-Notice**

57-CV-2017-900199.00

Judge: A DAVID JOHNSON

To:  CROSS RICHARD LADONNE JR.
     cross.legal@gmail.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF RUSSELL COUNTY, ALABAMA

ALLEN FRED PRUITT V. LANGER TRANSPORT CORP ET AL
57-CV-2017-900199.00

The following matter was served on 7/31/2017

D001 LANGER TRANSPORT CORP
Corresponding To
AUTHORIZED SERVICE

KATHY COULTER
CIRCUIT COURT CLERK
RUSSELL COUNTY, ALABAMA
RUSSELL COUNTY JUDICIAL CENTER
501 14TH STREET
PHENIX CITY, AL, 36868

334-298-0516

Circuit Court 00021