# EXHIBIT

## "2"



THE WRIGHT LEGAL GROUP

April 20, 2017

**SENT VIA FEDERAL EXPRESS**
ACE American Insurance Company
Attn: Amanda Sanders AIC-M
525 W. Monroe, 7th Floor
Chicago, IL 60661

| | | | |
|---|---|---|---|
| **RE:** | **Our Client(s)** | : | **Allen Fred Pruitt and Bethany Pruitt** |
| | **Your Insured** | : | **Langer Transport Corp.** |
| | **At Fault Driver** | : | **Dany Alejandro Fanego Ariosa** |
| | **Claim Number** | : | |
| | **Date of Loss** | : | **July 24, 2015** |

Dear Amanda Sanders:

We represent **Allen and Bethany Pruitt** for purposes of any and all claims arising from a collision caused by your insured, Langer Transport Corp., at fault Driver, Dany Alejandro Fanego Ariosa. Enclosed is a copy of our client's medical records and other pertinent information that will enable you to fully evaluate this matter. We are hopeful this case can be resolved without having to file a formal complaint. However, if this matter proceeds to trial the evidence will reflect the following:

## FACT SUMMARY

On or about July 24, 2015, Allen Pruitt was driving a 2004 Ford Econoline. At approximately the same time, your insured, Langer Transport Corp. employee Dany Alejandro Fanego Ariosa was driving a 2009 FRHT Cascadia. The enclosed Alabama Uniform Traffic Crash Report[1] indicates that Mr. Pruitt was traveling eastbound on Phenix Drive in Russell County in Phenix City, Alabama. Mr. Fanego Ariosa was traveling southbound on U.S. Highway 280/431. As Mr. Fanego Ariosa approached the intersection, he ran the red light and collided with the driver side door of Mr. Pruitt's vehicle as he was crossing the intersection. Mr. Pruitt's vehicle spun into another vehicle, metal railing, and metal pole. Mr. Fanego Ariosa was found as the at fault driver.

## ALLEN PRUITT'S CLAIM

On or about July 24, 2015, Allen Pruitt was transported by Care Ambulance to Midtown Medical Center with complaints of moderate pain in the head, face, back, shoulder, and knee areas. He had abrasions to his forehead, and received x-rays and a CT scan of his brain. He was prescribed Cyclobenzaprine, Hydrocodone/Acetaminophen and Naproxen. He was discharged and advised to see a primary care physician. On or about July 25, 2015, Mr. Pruitt went to St. Francis Hospital because he still suffered from pain. Mr. Pruitt complained that the pain has

---

[1] See Enclosed

spread to his buttocks, pelvis and left leg area as well. Additionally, Mr. Pruitt complained of being forgetful, intermittently dizzy, and suffering from blurred vision. He received a EKG, CT scan of the head, maxillofacial, and cervical spine. Mr. Pruitt was discharged home and diagnosed with Post-Concussion Syndrome. On or about July 28, 2015, Mr. Pruitt presented himself for treatment at Stewart Chiropractic with Dr. Harold C. Stewart. He arrived with complaints of headaches, neck pain/stiffness, pain in left shoulder, mid back pain, chest pain, lower back pain/stiffness, pain in left hip, pain down legs, and pain in his right knee. His treatment was of a conservative nature consisting of mild spinal manipulation and physiotherapy in the form of electrical muscle stimulation, cryotherapy (ice packs), hydrotherapy (heat packs), mechanical traction, and manual therapy. On or about August 18, 2015, Mr. Pruitt started treatment with Dr. Plas James at Atlanta Spine Institute. He arrived with complaints of severe back pain, left leg pain and hip/buttocks pain. His x-rays revealed evidence of L4-L5 and L5-S1 degenerative disk disease and loss of lumber lordosis present. On or about August 28, 2015, he was recommended to undergo an MRI scan of the lumbar spine and referred to Dr. Barry McCasland, a neurologist, for evaluation and treatment of concussion. The MRI and neurologic examination were deemed normal, and he was prescribed Floricet for headaches.  On or about September 10, 2015, Mr. Pruitt returned to Dr. James and was prescribed Norco, Mobic, and Baclofen. His treatment consisted of pain medication management, epidural injection therapy, back brace, and stretching exercises. Mr. Pruitt is still currently treating for his injuries suffered from the collision on July 24, 2015. Therefore, Mr. Pruitt demands to recover for all damages sustained as a result of your insured's negligent driving.

## INJURY SUMMARY

- S83.92XA — Leg/Knee Sprain/Strain
- S33.5XX — Lumbar Sprain/Strain
- S73.109S — Hip/Thigh Sprain/Strain
- S23.3XXA — Thoracic Sprain/Strain
- S13.4XXA — Cervical Sprain/Strain
- R51 — Headaches
- S43.402A — Shoulder Sprain/Strain
- M54.9 — Low Back Pain
- M79.2 — Lumbar Neuritis
- M62.83 — Muscle Spasms
- M51.27 — Lumbosacral Intervertebral Disc Disorder with Displacement
- M51.16 — Intervertebral Disc Disorder with Radiculopathy, Lumbar Region
- M16.1 — Osteoarthritis of Hip

## EVALUATION

We reached this evaluation based on:

- Clear liability
- Credible Plaintiff
- Past and present medical damages
- Future medical damages
- Past and future economic damages
- General damages

## LIABILITY EXPOSURE

ACE American Insurance Company insured Dany Alejandro Fanego Ariosa of Langer Transport Corp. on the date of the accident with a liability policy providing $1,000,000.00 for

bodily injury limits. Mr. Fanego Ariosa's recklessness directly caused Mr. Pruitt's bodily injuries. The crash report leaves no question as to Mr. Fanego Ariosa's negligence. As such, liability in this case is clear. Mr. Fanego Ariosa of Langer Transport Corp. caused significant damage to Mr. Pruitt's person. Therefore, he is liable to Mr. Pruitt.

## PLAINTIFF

Mr. Pruitt will make an excellent witness on his own behalf. He will be received well by a jury. Mr. Pruitt's injuries are clear and well documented. His treatment was conservative and necessary.

## SPECIAL DAMAGES

The medical expenses incurred to date are outlined below. These totals are not complete, and are subject to supplementation without prejudice as more bills and records are received. The current totals are as follows:

| Care Ambulance | $ | 970.00 |
|---|---|---|
| Southern Emergency Group | $ | 1,710.00 |
| GA Radiology Imaging Consultants | $ | 970.00 |
| Midtown Medical Center | $ | 5,331.06 |
| St. Francis Hospital | $ | 3,905.07 |
| Stewart Chiropractic | $ | 2,940.00 |
| Key Health Combined Statement | $ | 57,100.68 |
| Prescriptions | $ | 42.57 |
| Mileage | $ | 1,874.92 |
| | | |
| **TOTAL** | **$** | **74,844.30** |

## GENERAL DAMAGES

In addition to the above special damages, Mr. Pruitt endured physical injury, pain, suffering, and inconvenience as a result of this debilitating collision. Thus, our client's future medical needs must be taken into account in making your evaluation.

## PAIN AND SUFFERING

Mr. Pruitt has endured and continues to endure great physical and mental pain and suffering. As you are aware, both types of pain and suffering are recoverable under Alabama law. The facts clearly demonstrate that Mr. Pruitt suffered significant physical pain as a result of the collision's impact alone. He also experienced continuing physical pain from that point forward as he sought medical treatment. Mr. Pruitt's lifestyle was abruptly changed as a result of Mr. Fanego Ariosa's failure to exercise due care while operating the Langer Transport Corp. vehicle.

A jury will consider all of these factors. Given the background facts of this case, and comparable jury verdicts, we are confident a reasonably jury would award in excess of $1,000,000.00 for the pain and suffering Mr. Pruitt endured.

## LOSS WAGES AND LOSS OF CONSORTIUM

**MR. PRUITT PROVIDES FINANCIAL SUPPORT FOR HIM AND HIS WIFE. HOWEVER, HE HAS MISSED A CONSIDERABLE AMOUNT OF TIME OUT OF WORK DUE TO THIS INCIDENT.**   Mr. Pruitt is a truck driver and is still unable to perform his normal activities, which include a significant amount of lifting, bending over, walking, standing, and sitting for long periods of time and requires help from Mrs. Pruitt. To date, he still encounters increased discomfort from lying down, prolonged sitting or walking. He has constant pain which is worse in the evenings. The pain interferes with his activities of daily living. His pain awakens him at night from sleep, it is aggravated by sneezing, and he has chills. The emotional pain and frustration he has experienced and continues to experience, as a result of such pain, is readily apparent.

A jury will consider all of these factors. Given the background facts of this case, and comparable jury verdicts, **WE ARE CONFIDENT A REASONABLE JURY WOULD AWARD IN EXCESS OF $1,000,000.00 FOR THE PAIN AND SUFFERING, AND LOSS OF CONSORTIUM MR. PRUITT AND HIS WIFE HAVE ENDURED.**

## HOLT DEMAND FOR SETTLEMENT

**BASED ON THE FOREGOING, THE PLAINTIFF DEMANDS TO SETTLE HIS PERSONAL INJURY CLAIM AGAINST YOUR INSURED IN EXCHANGE FOR $1,000,000.00.**

As demonstrated above, Mr. Pruitt will make an excellent witness on his own behalf and will be very well received by a jury. This is a clear liability case, in which the amount of special damages more than justifies settlement for $1,000,000.00. Based on the facts of this case, we are confident a jury will return a favorable verdict, in excess of the amount demanded. As such, Mr. Pruitt is prepared to file a formal complaint if he is not adequately compensated.

As your insured's provider in this case, you must recognize the likelihood of the excess exposure to your client, and it would be in his best interest to immediately pay the $1,000,000.00 amount within the policy limits.

Based upon the above-mentioned facts, including the medical and out of pocket expenses, and pain and suffering, **WE HEREBY DEMAND $1,000,000.00.** This demand is made pursuant to <u>Southern General Ins. Co. v. Holt</u>, 262 Ga. 267, 416 S.E.2d 274 (1992) and O.C.G.A. § 51-12-14, as an unliquidated damages demand.

## EFFECT OF FAILURE TO PAY POLICY LIMITS DEMAND

Georgia law provides that an insurer may be held liable in bad faith for failure to settle a claim within its insured's policy limits if the insurer fails to respond to a policy limits demand within a time deadline set forth by the injured party. <u>Holt</u>, 200 Ga. App. 759.  In <u>Holt</u>, a demand was made prior to the institution of an action.  The insurer offered its policy limits two days after the expiration of the deadline set forth in the demand.  The injured party rejected the untimely acceptance and went on to recover a verdict in excess of the policy limits. The Georgia Supreme Court held that the insurer was liable to pay the entire verdict even though it exceeded the policy limits. <u>Id.</u>

Mr. Pruitt is making a good-faith offer to settle his case for $1,000,000.00. The damages outlined above and supporting documentation more than justify closure at this amount. If your company does not agree to this demand within the time set forth above, it is Mr. Pruitt's full intention to proceed to court and hold your company and insured responsible for the full value of his damages as proven at trial.

We request that this entire settlement package be forwarded to Dany Alejandro Fanego Ariosa and Langer Transport Corp. from an attorney or adjuster that has no financial interest in your company to explain the ramifications of Holt, an excess verdict, and the remedies regarding same.

**IN ACCORDANCE WITH GEORGIA LAW, THIS OFFER TO COMPROMISE SHALL ONLY REMAIN OPEN FOR ACCEPTANCE FOR A PERIOD OF THIRTY (30) DAYS.** This demand package is being sent via Federal Express, and the thirty-day period shall begin to run on the day that Federal Express delivers this letter. Any acceptance must be in writing and faxed to our office at (877) 972-3532. �478 5/11/17

We conveyed this offer to settle in good faith, and trust you will evaluate it and the concomitant documentation in good faith. Should you have any questions, please feel free to call to discuss this matter. Your consideration and prompt attention to this demand is greatly appreciated.

With kind regards, I am

Sincerely,

The Wright Legal Group, LLC.

**Katonga L. Wright, Esq**

Kwh/vac

CC:   Allen Pruitt

**ENCLOSURES**
**POLICE REPORT**
**PICTURES**
**CARE AMBULANCE**
**SOUTHERN EMERGENCY GROUP**
**GEORGIA RADIOLOGY IMAGING CONSULTANTS**
**MIDTOWN MEDICAL CENTER**
**ST. FRANCIS HOSPITAL**
**STEWART CHIROPRACTIC**
**KEY HEALTH COMBINED STATEMENT**
**PRESCRIPTIONS**
**MAPQUEST MILEAGE MAP**

# POLICE REPORT

PL Demand 00006

AST-27
REV. 08/08

Check if Amendment
Check if Error Correction

Sheet _1_

# ALABAMA UNIFORM TRAFFIC CRASH REPORT

| DPS Case No. | 5679742 |
|---|---|
| Local Case No. | 15PL25827 |

| # Vehicles | # Pedestrians | | | # Fatalities | # Unit 1 Type | # Unit 2 Type |
|---|---|---|---|---|---|---|

## LOCATION AND TIME

| Date | | | Time | Day of Week | County | City | | Rural | Local Zone |
|---|---|---|---|---|---|---|---|---|---|
| Month 07 | Day 24 | Year 2015 | 0816 MT | Fri | Russell | Phenix City | | | C105 |

| Hwy Class 2 | On Street, Road, Highway U.S. HIGHWAY 280/431 | At Intersection of or Between (Node 1) PHENIX DRIVE | And (Node 2) | |
|---|---|---|---|---|

| (On) Street Road/Hwy S001 ←—Code | 9010 Node Code | 1  2 ←— ←—→ N/A | N/A | From Node 1 |
|---|---|---|---|---|

| Mile Post 116.6 | Control Access Hwy Loc | Primary Contrib Circum Unit # | Primary Contributing 27 | First Harmful Event 27 | First Harmful Event Location | Most Harmful Event 11 |
|---|---|---|---|---|---|---|

| Distance to Fixed Object N/A feet | Roadway Junction Feature 0 | Manner of Crash 9 | Lat Coordinates 32° 30' 22.684" N | Long Coordinates 85° 3' 12.834" W | Coordinate Type 1 | Hwy Side |
|---|---|---|---|---|---|---|

| School Bus Related 1 | Crash Severity A | Distracted Driving 97 | | | | |
|---|---|---|---|---|---|---|

## UNIT NO 1

### DRIVER

| Driver Full Name DANY ALEJANDRO FANEGO ARIOSA | Street Address | City and State HOUSTON TX | ZIP | Telephone |
|---|---|---|---|---|

| DOB Month | Day | Year | Race 3 | Sex 1 | DL State TX | Driver License No. 28933286 | | DL Class A | DL Status C | Restrict Violations 97 | CDL Status | Endorse Violations 97 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Place of Employment LANGER TRANSPORT CORP. (JERSEY CITY, N.J.) | Residence Less Than 25 Miles No |
|---|---|

| Liability Insurance Co. GREAT AMERICAN ASSURANCE COMPANY | Liability Policy No. GTP974446100 | Insurance NAIC Number Unk |
|---|---|---|

| Driver Condition 1 | Sobriety/ Officer Opinion | Alcohol: No Drugs: No | Type Alcohol Test Given 1 | Alcohol Test Results N/A | Type Drug Test Given 4 | Drug Test Results 97 | Maneuver 1 |
|---|---|---|---|---|---|---|---|

| Most Harmful Event for MV 11 | Travel Road Name U.S. HIGHWAY 280/431 | Road Code S001 | Travel Direction 3 | Unit Contributing Circumstance 99 | Total Injuries In Unit |
|---|---|---|---|---|---|

| Sequence of Events | Event 1 | Event 2 22 | Event 3 97 | Event 4 97 | First Harmful Event Location 1 |
|---|---|---|---|---|---|

### VEHICLE

| Veh Year 2009 | Make FRHT | Veh Model CASCADIA | Body 97 | V.I.N. |
|---|---|---|---|---|

| Owner's Name Same | License Tag Number | State TX | Year 2015 |
|---|---|---|---|

| Street or R.F.D. Same | City | State | Zip |
|---|---|---|---|

| Type 11 | Usage 6 | Emergency Status 97 | Placard Status 97 | Placard Required 1 | Hazardous Cargo 1 | Hazardous Cargo Released? 97 |
|---|---|---|---|---|---|---|

| Attachment 12 | Oversized Load (Req. Permit) No | If Yes, Did Owner Have Permit? N/A | Contrib Defect 1 | Speed Limit 55 MPH | Est Speed Unk MPH | Citation Offense(s) Charged None |
|---|---|---|---|---|---|---|

| Damage Severity 4 | Towed? 1 | Vehicle Towed By Whom KNOTT'S WRECKER SERVICE |
|---|---|---|

| Towed To Where: KNOTT'S (PHENIX CITY, AL.) |
|---|

Areas Damaged Are Shaded

| Point of Initial Impact | 12 |
|---|---|

## UNIT NO 2

### DRIVER

| Driver Full Name ALLEN FRED PRUITT | Street Address | City and State PHENIX CITY AL | ZIP | Telephone |
|---|---|---|---|---|

| DOB Month | Day | Year | Race 1 | Sex 1 | DL State GA | Driver License No. 057739114 | | DL Class C | DL Status C | Restrict Violations 97 | CDL Status | Endorse Violations 97 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Place of Employment SPORTS Field (Columbus, Ga.) | Residence Less Than 25 Miles Yes |
|---|---|

| Liability Insurance Co. Progressive | Liability Policy No. 584525080 | Insurance NAIC Number |
|---|---|---|

| Driver Condition 1 | Sobriety/ Officer Opinion | Alcohol: No Drugs: No | Type Alcohol Test Given 6 | Alcohol Test Results N/A | Type Drug Test Given 4 | Drug Test Results 97 | Maneuver 2 |
|---|---|---|---|---|---|---|---|

| Most Harmful Event for MV 22 | Travel Road Name PHENIX DRIVE | Road Code 1920 | Travel Direction 2 | Unit Contributing Circumstance 1 | Total Injuries In Unit 97 |
|---|---|---|---|---|---|

| Sequence of Events | Event 1 22 | Event 2 22 | Event 3 97 | Event 4 97 | First Harmful Event Location 1 |
|---|---|---|---|---|---|

### VEHICLE

| Veh Year 2004 | Make FORD | Veh Model ECONOLINE | Body 1 | V.I.N. |
|---|---|---|---|---|

| Owner's Name Ferree Jason Edward | License Tag Number | State AL | Year 2016 |
|---|---|---|---|

| Street or R.F.D. | City PHENIX CITY | State AL | Zip |
|---|---|---|---|

| Type 34 | Usage 1 | Emergency Status 97 | Placard Status 3 | Placard Required 97 | Hazardous Cargo 97 | Hazardous Cargo Released? 97 |
|---|---|---|---|---|---|---|

| Attachment 1 | Oversized Load (Req. Permit) N/A | If Yes, Did Owner Have Permit? N/A | Contrib Defect 1 | Speed Limit 30 MPH | Est Speed 5 MPH | Citation Offense(s) Charged None |
|---|---|---|---|---|---|---|

| Damage Severity 4 | Towed? 1 | Vehicle Towed By Whom KNOTT'S WRECKER SERVICE |
|---|---|---|

| Towed To Where: KNOTT'S (PHENIX CITY, AL.) |
|---|

Areas Damaged Are Shaded

| Point of Initial Impact | 11 |
|---|---|

# PICTURES

# CARE AMBULANCE
## $970.00

# SOUTHERN EMERGENCY GROUP
## $1,710.00

# GEORGIA RADIOLOGY IMAGING CONSULTANTS
## $970.00

# MIDTOWN MEDICAL CENTER
## $5,331.06

# ST. FRANCIS HOSPITAL
## $3,905.07

# STEWART CHIROPRACTIC
## $2,940.00

# KEY HEALTH MEDICAL SOLUTIONS
## $57,100.68

# PRESCRIPTIONS
## $42.57

# MAPQUEST MILEAGE MAP
## $1,874.92

## YOUR TRIP TO:

**mapquest**

4800 Armour Rd, Columbus, GA 31904-5231

**17 MIN  |  8.5 MI**  🚗

**Est. fuel cost: $0.69**

Trip time based on traffic conditions as of 10:01 AM on February 10, 2017. Current Traffic: Moderate

**1.  Start out going east on Poyner Ct toward Poyner Dr.**

Then 0.06 miles                                                                                              0.06 total miles

**2.  Take the 1st left onto Poyner Dr.**
*If you reach the end of Poyner Ct you've gone a little too far.*

Then 0.54 miles                                                                                              0.59 total miles

**3.  Turn right onto Newsome Dr.**

Then 0.51 miles                                                                                              1.10 total miles

**4.  Turn slight right onto Opelika Rd/County Hwy-427.**
*Opelika Rd is just past Rise Rd.*

Then 1.37 miles                                                                                              2.47 total miles

**5.  Turn left onto 280 Byp/US-80 E/US-280 W/US-431 N/AL-1/AL-8.**
*If you are on Opelika Rd and reach Stadium Dr you've gone about 0.1 miles too far.*

Then 0.08 miles                                                                                              2.55 total miles

**6.  Merge onto US-80 E toward I-185/Columbus (Crossing into Georgia).**

Then 2.96 miles                                                                                              5.50 total miles

**7.  Merge onto 2nd Ave/GA-22 Conn via EXIT 1 toward GA-85/Downtown Columbus.**

Then 0.54 miles                                                                                              6.05 total miles

**8.  Turn left onto Manchester Expy/GA-85.**
*If you reach 44th St you've gone a little too far.*

Then 2.14 miles                                                                                              8.18 total miles

**9.  Turn left onto Armour Rd.**
*Armour Rd is 0.1 miles past Rosemont Dr.*

Then 0.28 miles                                                                                              8.46 total miles

# YOUR TRIP TO:

**mapquest**

████████████   Phenix City, AL,   ████████████

**18 MIN | 10.6 MI** 🚗

### Est. fuel cost: $0.88

Trip time based on traffic conditions as of 10:02 AM on February 10, 2017. Current Traffic: Moderate

**1. Start out going north on Armour Rd toward Hart Dr.**

Then 0.68 miles

0.68 total miles

**2. Turn left onto Airport Thruway.**
*If you are on Smoke Dr and reach Sowega Dr you've gone about 0.2 miles too far.*

Then 0.54 miles

1.22 total miles

**3. Turn right onto Whitesville Rd.**
*Whitesville Rd is 0.1 miles past Sidney Simons Blvd.*

*If you are on Airport Thruway and reach Princeton Ave you've gone about 0.2 miles too far.*

Then 0.97 miles

2.19 total miles

**4. Turn left onto Bradley Park Dr.**
*Bradley Park Dr is 0.2 miles past School Bussiness Rd.*

*If you reach Lyon Dr you've gone about 0.3 miles too far.*

Then 0.67 miles

2.86 total miles

**5. Turn slight left to take the River Rd/GA-22 W/US-80 W ramp toward Phenix City.**
*0.3 miles past Bradley Park Access Rd.*

*If you reach Brookstone Centre Pkwy you've gone about 0.2 miles too far.*

Then 0.01 miles

2.87 total miles

**6. Merge onto US-80 W (Crossing into Alabama).**

Then 4.84 miles

7.71 total miles

**7. Take the US-80 W/US-280 E/US-431 S exit on the left toward Chattahoochee Valley Community College/TROY UNIVERSITY/Phenix Industrial Park.**

Then 0.04 miles

7.76 total miles

**8. Turn slight left onto US-80 W.**

Then 0.01 miles

7.77 total miles

**9. Turn left onto US-80 W/US-280 E/US-431 S/AL-1/AL-8/280 Byp.**

Then 0.39 miles

8.16 total miles

**10. Turn right onto Opelika Rd/County Hwy-427.**

Then 1.36 miles

9.52 total miles

**11. Turn slight left onto Newsome Dr.**
*Newsome Dr is just past Dolphin Dr.*

*If you reach Copeland Dr you've gone about 0.1 miles too far.*

Then 0.51 miles

10.03 total miles

**12. Turn left onto Poyner Dr.**
*Poyner Dr is 0.1 miles past Kent Dr.*

*If you reach County Line Rd you've gone a little too far.*

Then 0.54 miles

10.57 total miles

**13. Take the 1st right onto Poyner Ct.**
*Poyner Ct is 0.1 miles past Tupelo Dr.*

*If you reach Auburn Rd you've gone about 0.1 miles too far.*

Then 0.06 miles

10.62 total miles

**14.** ▓▓▓▓▓ Phenix City, AL ▓▓▓▓▓▓▓▓▓▓ s on the left.

*If you reach Lee Road 236 you've gone a little too far.*

Use of directions and maps is subject to our Terms of Use. We don't guarantee accuracy, route conditions or usability. You assume all risk of use.

# YOUR TRIP TO:

mapquest

5667 Peachtree Dunwoody Rd NE

**1 HR 57 MIN  |  124 MI**  🚗

**Est. fuel cost: $7.25**

**Trip time based on traffic conditions as of 9:57 AM on February 10, 2017. Current Traffic: Light**

| | | |
|---|---|---|
| 💡 | **1.  Start out going east on Poyner Ct toward Poyner Dr.** | |
| | Then 0.06 miles | 0.06 total miles |
| ← | **2.  Take the 1st left onto Poyner Dr.** | |
| | *If you reach the end of Poyner Ct you've gone a little too far.* | |
| | Then 0.54 miles | 0.59 total miles |
| ↱ | **3.  Turn right onto Newsome Dr.** | |
| | Then 0.51 miles | 1.10 total miles |
| ↗ | **4.  Turn slight right onto Opelika Rd/County Hwy-427.** | |
| | *Opelika Rd is just past Rise Rd.* | |
| | Then 1.37 miles | 2.47 total miles |
| ← | **5.  Turn left onto 280 Byp/US-80 E/US-280 W/US-431 N/AL-1/AL-8.** | |
| | *If you are on Opelika Rd and reach Stadium Dr you've gone about 0.1 miles too far.* | |
| | Then 0.08 miles | 2.55 total miles |
| ⇈ | **6.  Merge onto US-80 E toward I-185/Columbus (Crossing into Georgia).** | |
| | Then 5.82 miles | 8.37 total miles |
| ↗ | **7.  Take EXIT 4 toward US-27/GA-1/Veterans Pkwy/Moon Rd/I-185/Ft Benning/Atlanta.** | |
| | Then 0.20 miles | 8.57 total miles |
| ↰ | **8.  Keep left at the fork in the ramp.** | |
| | Then 0.41 miles | 8.97 total miles |
| ⇈ | **9.  Merge onto I-185 N/GA-411 N toward Atlanta.** | |
| | Then 38.34 miles | 47.31 total miles |
| ⇈ | **10.  Merge onto I-85 N/GA-403 N toward Atlanta.** | |
| | Then 48.87 miles | 96.18 total miles |

**11. Merge onto I-285 N/GA-407 N via EXIT 68 toward Atlanta Bypass/International.**

Then 26.94 miles                                          **123.13 total miles**

**12. Take the Glenridge Dr exit, EXIT 26, toward Glenridge Conn.**

Then 0.22 miles                                           **123.35 total miles**

**13. Keep right to take the ramp toward Johnson Ferry Rd/Peachtree-Dunwoody Rd.**

Then 0.02 miles                                           **123.37 total miles**

**14. Merge onto Glenridge Dr NE.**

Then 0.05 miles                                           **123.42 total miles**

**15. Stay straight to go onto Glenridge Connector NE.**

Then 0.13 miles                                           **123.55 total miles**

**16. Turn left onto Johnson Ferry Rd NE.**

Then 0.55 miles                                           **124.10 total miles**

**17. Turn left onto Peachtree Dunwoody Rd NE.**
*If you reach Johnson Ferry Rd you've gone a little too far.*

Then 0.14 miles                                           **124.24 total miles**

**18. 5667 Peachtree Dunwoody Rd NE, Atlanta, GA 30342-1701, 5667 PEACHTREE DUNWOODY RD NE is on the right.**
*Your destination is just past Hospital Dr.*

*If you reach Hollis Cobb Cir NE you've gone a little too far.*

Use of directions and maps is subject to our Terms of Use. We don't guarantee accuracy, route conditions or usability. You assume all risk of use.

# YOUR TRIP TO:

**mapquest**

▮▮▮▮▮▮▮ Phenix City, AL, ▮▮▮▮▮▮▮▮

**1 HR 59 MIN | 124 MI** 🚗

## Est. fuel cost: $8.58

Trip time based on traffic conditions as of 9:58 AM on February 10, 2017. Current Traffic: Light

💡 **1. Start out going northwest on Peachtree Dunwoody Rd NE toward Marta Medical Center Sta.**

    Then 0.15 miles                0.15 total miles

↰ **2. Turn left.**
*Just past Hollis Cobb Cir NE.*

*If you reach Lake Hearn Dr you've gone about 0.1 miles too far.*

    Then 0.01 miles                0.16 total miles

↰ **3. Turn left onto Peachtree Dunwoody Rd NE.**

    Then 0.29 miles                0.44 total miles

↱ **4. Turn right onto Johnson Ferry Rd NE.**
*Johnson Ferry Rd NE is 0.2 miles past Hollis Cobb Cir NE.*

    Then 0.53 miles                0.97 total miles

↱ **5. Turn right onto Glenridge Connector NE.**
*Glenridge Connector NE is 0.1 miles past Glenridge Point Pkwy.*

*If you reach Glenridge Dr NE you've gone about 0.1 miles too far.*

    Then 0.11 miles                1.08 total miles

↖ **6. Turn slight left onto Glenridge Dr NE.**

    Then 0.15 miles                1.23 total miles

EXIT ↖ **7. Turn left to take the I-285 W/US-19 S ramp.**
*If you reach Glenforest Rd NE you've gone about 0.1 miles too far.*

    Then 0.01 miles                1.24 total miles

⇈ **8. Merge onto I-285 W/GA-407 W.**

    Then 25.84 miles               27.08 total miles

⇈ **9. Merge onto I-85 S/GA-403 S via EXIT 61 toward Columbus/Montgomery.**

    Then 47.83 miles               74.91 total miles

**10.** Merge onto I-185 S/GA-411 S via EXIT 21 toward **Columbus.**

Then 39.88 miles                                                          114.79 total miles

**11.** Take EXIT 10 toward **US-80/GA-22/Phenix City Ala/Macon.**

Then 0.25 miles                                                           115.03 total miles

**12.** Merge onto **US-80 W** toward **Phenix City Ala/Downtown Columbus** **(Crossing into Alabama).**

Then 6.41 miles                                                           121.44 total miles

**13.** Take the **US-80 W/US-280 E/US-431 S** exit on the left toward **Chattahoochee Valley Community College/TROY UNIVERSITY/Phenix Industrial Park.**

Then 0.04 miles                                                           121.48 total miles

**14.** Turn slight left onto **US-80 W.**

Then 0.01 miles                                                           121.50 total miles

**15.** Turn left onto **US-80 W/US-280 E/US-431 S/AL-1/AL-8/280 Byp.**

Then 0.39 miles                                                           121.89 total miles

**16.** Turn right onto **Opelika Rd/County Hwy-427.**

Then 1.36 miles                                                           123.25 total miles

**17.** Turn slight left onto **Newsome Dr.**
*Newsome Dr is just past Dolphin Dr.*

*If you reach Copeland Dr you've gone about 0.1 miles too far.*

Then 0.51 miles                                                           123.76 total miles

**18.** Turn left onto **Poyner Dr.**
*Poyner Dr is 0.1 miles past Kent Dr.*

*If you reach County Line Rd you've gone a little too far.*

Then 0.54 miles                                                           124.29 total miles

**19.** Take the 1st right onto **Poyner Ct.**
*Poyner Ct is 0.1 miles past Tupelo Dr.*

*If you reach Auburn Rd you've gone about 0.1 miles too far.*

Then 0.06 miles                                                           124.35 total miles

**20.** ███████████ Phenix City, AL ████████████████ is on the left.
*If you reach Lee Road 236 you've gone a little too far.*

Use of directions and maps is subject to our Terms of Use. We don't guarantee accuracy, route conditions or usability. You assume all risk of use.